Pursuant to directions from this court requiring an evidentiary hearing to be held on issues raised in a coram nobis petition, the Circuit Court for Jefferson County conducted an evidentiary hearing and entered an order and judgment of the court. The order found, in pertinent part, as follows:
 ". . . . The Court is satisfied that in Case No. CC 81-01834 that the witness Ora Lee Bass did not in fact recant her testimony at the time of the trial. The Court is satisfied that the Defendant has had a fair trial tried before a fair and impartial jury. . . .
". . .
 "Further, in Case No. CC 81-01835, . . . the Court is satisfied and finds as a matter of fact that the Defendant voluntarily, intelligently and knowingly withdrew his plea of not guilty and waived a trial by jury and entered a plea of guilty to the charges against him. The Court would like to note that the Defendant in his testimony has stated that he was satisfied with the services rendered by his Court-appointed attorney, the Hon. Victor Miller, in the trial of the case in Case No. CC-01834. The Court finds as a matter of fact that the said Hon. Victor Miller is a competent, good attorney and was effective in the trial of said cause and has so represented the Defendant in both cases."
We find sufficient evidence to support the ruling of the circuit court. The appellant has failed to carry his burden of proof as provided by Strickland v. Washington, 466 U.S. 668,104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); Chapman v. State,412 So.2d 1276 (Ala.Cr.App. 1982). The judgment of the circuit court denying, after hearing, the petition for writ of error coram nobis, is hereby affirmed.
OPINION EXTENDED; AFFIRMED.
All the Judges concur.